THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jerome Bernard Brown, Appellant.
 
 
 

Appeal From Richland County
Judge Carmen T. Mullen, Circuit Court Judge

Unpublished Opinion No.  2008-UP-468
Submitted August 1, 2008  Filed August 8, 2008

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 J. Benjamin Aplin, Legal Counsel, South Carolina Department
 of Probation, Parole, and Pardon Services, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Jerome
 Bernard Brown appeals the revocation of his probation.  Brown argues the
 probation judge erred in revoking his probation without making the requisite
 inquiry into the reasons he failed to pay supervision fees, restitution, and fines.  After a thorough review of the record and counsels brief,
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
DISMISSED.
 KONDUROS, J., CURETON, A.J., and
 GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.